IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
             Plaintiff,        )         8:13CR466
                               )
      v.                       )
                               )
ROBERT KINNEAR,                )         ORDER
                               )
             Defendant.        )
_____)
```

This matter is before the Court on defendant's motion to continue trial (Filing No. 41).  The Court notes a written waiver of speedy trial has been filed (Filing No. 42).  Accordingly,

IT IS ORDERED that trial in this matter is scheduled for:

**Tuesday, May 20, 2014, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court.  The parties will have time to prepare for trial or pursue plea negotiations, and it will accommodate the schedule of the Court.  The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between March 31, 2014, and May 20, 2014, shall be deemed excludable

time in any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED 31st day of March, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court