IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CR466 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT KINNEAR, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to seal (Filing No. 52). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; the motion regarding the above-captioned defendant shall be sealed, pending further order of the Court.

DATED this 22nd day of October, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court