IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:13CR466** |
| vs. | |
| ROBERT KINNEAR, | **ORDER** |
| Defendant. | |

Defendant Robert Kinnear appeared before the court on Monday, September 12, 2016 on a Petition for Warrant for Offender Under Supervision [63]. The defendant was represented by Assistant Federal Public Defender Michael J. Hansen and the United States was represented by Assistant U.S. Attorney Martin J. Conboy, IV. Defendant waived his right to a preliminary examination. The government moved for detention. Detention hearing was held. The government's motion for detention is denied, therefore, the defendant will be released on current conditions of supervision.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Strom.

**IT IS ORDERED:**

1.      A final dispositional hearing will be held before Senior Judge Strom in Courtroom No. 5, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on October 19, 2016 at 9:30 a.m. Defendant must be present in person.

2.      The defendant is to be released on current conditions of supervision.

Dated this 13th day of September, 2016

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge