IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CR466 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT KINNEAR, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion for dismissal of petition for offender under supervision (Filing No. 75). The Court notes the petition for warrant or summons for offender under supervision (Filing No. 63) was previously dismissed with prejudice (Filing No. 74). Accordingly,

IT IS ORDERED that plaintiff's motion is denied as moot.

DATED 5th day of December, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court