IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:13CR466 |
| vs. | ORDER |
| ROBERT KINNEAR, | |
| Defendant. | |

Defendant Robert Kinnear appeared before the court on December 27, 2018, on a Petition for Offender Under Supervision [78]. Defendant was represented by Assistant Federal Public Defender Jeffrey L. Thomas, and the government was represented by Assistant U.S. Attorney Martin J. Conboy, IV.

The government moved for detention, and Defendant requested a combined preliminary and detention hearing set for January 4, 2019. On that date, Defendant was represented by Assistant Federal Public Defender Michael J. Hansen, and the government was represented by Assistant U.S. Attorney Martin J. Conboy, IV. Defendant waived his right to a probable cause hearing on the Petition pursuant to Fed. R. Crim. P. 32.1(b)(1)(A). Defendant declined to present any evidence on the issue of detention and otherwise waived a detention hearing. Defendant has failed to meet his burden to establish by clear and convincing evidence that he will not flee or pose a danger to any other person or to the community. Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1).

I find that the Petition [78] alleges probable cause and that Defendant should be held to answer for a final dispositional hearing before Senior Judge Smith Camp.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Senior Judge Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on February 21, 2019, at 11:30 a.m. Defendant must be present in person;

2. Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

3. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

4. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated this 4th day of January, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge